Wen Sheng Gao, 10384
LAW OFFICE OF WEN SHENG GAO LLLC
810 Richards Street, Suite 639
Honolulu, HI 96813
Tel:   808-228-9749
Email: gws1921@gmail.com

Attorney for Plaintiff ZHU HE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ZHU HE<br>      Plaintiff,<br><br>   vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; *ALEJANDRO MAYORKAS*, SECRETORY OF DHS, IN HIS OFFICIAL CAPACITY; U. S. CITIZENSHIP AND IMMIGRATION SERVICES; *UR MENDOZA JADDOU*, DIRECTOR OF USCIS, IN HER OFFICIAL CAPACITY; *TED H. KIM*, DIRECTOR OF ASSOCIATE DIRECTOR OF THE REFUGEE, ASYLUM AND INTERNATIONAL OPERATIONS DIRECTORATE, IN HIS OFFICIAL CAPACITY; LOS ANGELES ASYLUM OFFICE of USCIS; *DAVID MATTHEW RADEL*, DIRECTOR OF LOS ANGELES ASYLUM OFFICE of USCIS, IN HIS OFFICIAL CAPACITY; | CIVIL NO.: 1:23-cv-00478-HG-WRP<br><br><br>STIPULATION TO DISMISS ALL PARTIES AND CLAIMS WITH PREJUDICE, AND ORDER. |

1

HONOLULU FIELD OFFICE OF USCIS;
*JAYCI RONEY,* ACTING DIRECTOR OF
HONOLULU FIELD OFFICE OF USCIS,
IN HER OFFICIAL CAPACITY.

      Defendants.

STIPULATION TO DISMISS
ALL PARTIES AND CLAIMS WITH PREJUDICE

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the respective claims brought by Plaintiff ZHU HE against Defendants U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, SECRETARY OF DHS, IN HIS OFFICIAL CAPACITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR MENDOZA JADDOU, DIRECTOR OF USCIS, IN HER OFFICIAL CAPACITY; TED H. KIM, DIRECTOR OF ASSOCIATE DIRECTOR OF THE REFUGEE, ASYLUM AND INTERNATIONAL OPERATIONS DIRECTORATE, IN HIS OFFICIAL CAPACITY; LOS ANGELES ASYLUM OFFICE OF USCIS; DAVID MATTHEW RADEL, DIRECTOR OF LOS ANGELES ASYLUM OFFICE OF USCIS, IN HIS OFFICIAL CAPACITY; HONOLULU FIELD OFFICE OF USCIS; JAYCI RONEY, ACTING DIRECTOR OF HONOLULU FIELD OFFICE OF USCIS, IN HER OFFICIAL

CAPACITY, be dismissed with prejudice, each party to bear its own fees and costs. There are no remaining claims or parties. All appearing parties have signed this stipulation.

| | |
|---|---|
| DATED: 8/13/2024<br>at Honolulu, Hawaii. | DATED: 8/13/2024<br>at Honolulu, Hawaii<br><br>CLARE E. CONNORS<br>United States Attorney<br>District of Hawaii |
| /s/ Wen Sheng Gao<br>WEN SHENG GAO, ESQ.<br>Attorney for Plaintiff | By /s/ Dana Barbata<br> Dana Barbata<br>Assistant U.S. Attorney<br>Attorneys for Defendants |

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 19, 2024.



Helen Gillmor
United States District Judge

*Zhu He vs. U.S. Department of Homeland Security, et al.*; 1:23-cv-00478-HG-WRP; "Stipulation to Dismiss All Claims and Parties With Prejudice; Order"